UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                           Case No. 2:25−cr−20037−SJM−APP
                                               Hon. Stephen J. Murphy

Ray Anthony Eddington, et al.,

           Defendant(s),

## ORDER REQUIRING RESPONSE

The defendant, Ray Anthony Eddington, has filed the following document:

      Motion − #62

IT IS HEREBY ORDERED that the Government shall file a response to the above document on or before January 23, 2026.

                                                s/Stephen J. Murphy, III
                                                Stephen J. Murphy, III
                                                U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/Richard Loury
                                                     Case Manager

Dated:   January 9, 2026